JONATHAN MURRAY      *      NO. 2024-CA-0787

VERSUS      *

     COURT OF APPEAL

UNIVERSAL PARKING AND      *
TRANSPORTATION, LLC      FOURTH CIRCUIT

     *

     STATE OF LOUISIANA

* * * * * * *

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2023-05534, DIVISION "B"
Honorable Marissa Hutabarat, Judge
* * * * * *
**Judge Dale N. Atkins**
* * * * * *
**ON REHEARING**

(Court composed of Judge Paula A. Brown, Judge Tiffany Gautier Chase, Judge Dale N. Atkins)

Cesar R. Burgos
Robert J. Daigre
BURGOS & ASSOCIATES, LLC
3535 Canal Street
New Orleans, LA 70119


     COUNSEL FOR PLAINTIFF/APPELLANT, Jonathan Murray


Matthew A. Sherman
Nicholas R. Varisco
CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, L.L.P.
One Galleria Boulevard, Suite 1100
Metairie, LA 70001


     COUNSEL FOR DEFENDANT/APPELLEE, Universal Parking and Transportation, LLC

**LIMITED REHEARING GRANTED**
**OCTOBER 17, 2025**

DNA

PAB

TGC

This Court, *sua sponte*, grants a limited rehearing in this matter to clarify a reference to a case in our original Opinion issued on July 8, 2025. *See Harper v. Farmers' & Merchants' Nat'l Bank of Cambridge*, 155 Md. 693, 142 A. 590, 592 (1928) (citation omitted).

In discussing the exception of lack of subject matter jurisdiction in our original opinion, we cited to *Jacobsen v. Asbestos Corp. Ltd.*, 2012-0655 (La. App. 5 Cir. 5/30/13), 119 So.3d 770, for the specific proposition regarding evidence submitted at a contradictory hearing. We grant this limited rehearing to note that in a recent Opinion issued by this Court, *Senior v. Overlog, Inc.*, 2024-0541 (La. App. 4 Cir. 4/21/25), 414 So.3d 965, we improperly followed *Jacobsen* in our discussion of an exception of improper venue. Specifically, the *Senior* Opinion cited *Jacobsen* as authority for holding that "[i]f there has been no contradictory hearing [on an exception of improper venue], then the trial court does not err in rendering judgment based upon the parties' oral argument and the documents attached to their memoranda . . . even if the parties did not introduce those documents into evidence at the hearing." 2024-0541, p. 9, 414 So.3d at 974 (citation omitted). Subsequently, we determined that *Jacobsen* does not stand for

1

the proposition enunciated in *Senior*; rather, according to *Jacobsen*, if the trial court did not conduct a contradictory hearing *regarding an exception of lack of personal jurisdiction*, then "the court will decide the matter on a record comprised of 'pleadings, memoranda, and discovery depositions taken' in the matter.'" 2012-655, pp. 6-7, 119 So.3d at 775-76.

**LIMITED REHEARING GRANTED**